UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| USAA GENERAL INDEMNITY COMPANY,<br><br>          Plaintiff,<br>     v.<br><br>LG ELECTRONICS USA INC et al.,<br><br>          Defendants. | CASE NO. 3:22-cv-05854-DGE<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT |

Before the Court is Defendant LG Electronics USA, Inc.'s unopposed Motion for Extension of Time to File Answer to Plaintiff's Complaint. (Dkt. No. 8). Plaintiff filed its Complaint in Clark County Superior Court on August 12, 2022 and effectuated service on Defendant on October 5, 2022. Defendant removed to this Court on November 3, 2022.

Under Federal Rule of Civil Procedure 81(c)(2):

> After removal, . . . [a] defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods:
>
>> (A) 21 days after receiving--through service or otherwise--a copy of the initial pleading stating the claim for relief;

ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT - 1

(B) 21 days after being served with the summons for an initial pleading on file at the time of service; or

(C) 7 days after the notice of removal is filed.

Fed. R. Civ. P. 81(c)(2).

In this case, Federal Rule of Civil Procedure 81(c)(2)(C) applies.  Accordingly, Defendant's answer was due November 10, 2022.  Defendant moved for an additional 30 days to finalize its answer and "to explore [with Plaintiff] whether early resolution is viable for this matter."  (Dkt. No. 8 at 1.)  The Court "may, for good cause, extend the time . . . if a request is made, before the original time . . . expires[.]"  Fed. R. Civ. P. 6(b)(1)(A).  The Court finds good cause to allow Defendant an extension to pursue early resolution with Plaintiff.  Accordingly, Defendant's Motion for an Extension (Dkt. No. 8) is GRANTED.  Defendant shall file its answer no later than December 12, 2022.

Dated this 17th day of November 2022.

David G. Estudillo
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT - 2