DILLO

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| USAA GENERAL INDEMNITY COMPANY, a Texas corporation, as subrogee of Tracy Roberts,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC., a Delaware corporation; LG ELECTRONICS, INC., a foreign corporation; DOES 1 – 10,<br><br>Defendants. | Case No.: 3:22-cv-05854<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

THIS MATTER having come before the Court upon the Stipulation of the above-referenced parties, and the Court having reviewed said Stipulation and finding good cause, ,

IT IS HEREBY ORDERED that this case is DISMISSED with prejudice and without costs.

The Clerk is directed to send a copy of this Order to all counsel of record.

DATED this __19th__ day of __March__, 2024

_____
Hon. David G. Estudillo

Case No.: 3:22-cv-05854
ORDER OF DISMISSAL  - 1

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\68878241\1 0027803/00496813

PRESENTED BY:

COZEN O'CONNOR

By: /s/ Cameron D. Young
Bryan R. Campbell, WSBA No. 36510
Cameron D. Young, WSBA No. 54232
999 Third Avenue, Suite 1900
Seattle, Washington 98104
PH: 206.340.1000/FX: 206.621.8783
Email: Bcampbell@cozen.com
cdyoung@cozen.com

BULLIVANT HOUSER BAILEY PC

/s/ Megan Cook
Megan Cook, WSBA #45943
John Carley, WSBA #59819
Bullivant Houser Bailey PC
1 SW Columbia Street, Suite 800
Portland, OR 97204-4022
megan.cook@bullivant.com
john.carley@bullivant.com

Case No.: 3:22-cv-05854
ORDER OF DISMISSAL - 2

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\68878241\1 0027803/00496813